AO 91 (Rev. 11/11)  Criminal Complaint

EBP: USAO 2020R00795

## UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ LOGGED ___ ENTERED ___ RECEIVED

NOV 1 2 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ENITAN MOUROUKEJI AGBI | ) | Case No.   GLS-20-2834 |
| a/k/a "Anton Agbi," and "Tone" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____8/10/20 and 8/28/20_____ in the county of _____Montgomery_____ in the

_____ District of _____Maryland_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute controlled substances |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution of a mixture and substance containing fentanyl with death resulting |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Ryan Street, DEA
_____
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  _____November 10, 2020 at 3:15 p.m._____

_____
Judge's signature

City and state:  _____Greenbelt, MD_____

Honorable Gina L. Simms, US Magistrate Judge
_____
Printed name and title